dle, *Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *L. W. Post* for respondent.

No. 443. HARE ET AL. *v.* HENDERSON ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. D. Gordon* for petitioners. *Mr. E. J. Fountain* for respondents.

No. 450. SCHOMMER ET AL. *v.* WILKERSON, JUDGE, ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. Schwartz* for petitioners. *Messrs. James M. Sheean, J. F. Dammann, Henry F. Tenney,* and *William J. Froelich* for respondents.

No. 451. HARVEY *v.* CITY OF ST. PETERSBURG. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. C. I. Carey* for petitioner. *Mr. Erle B. Askew* for respondent.

No. 453. WEILL *v.* COMPAGNIE GENERALE TRANSATLANTIQUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David J. Colton* for petitioner. *Mr. Edgar R. Kraetzer* for respondent.

No. 454. UNITED STATES FOR THE USE AND BENEFIT OF LUCHINI ET AL. *v.* FERRO CONCRETE CONSTRUCTION CO.

ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. R. Gaynor Wellings* for petitioners. *Messrs. William H. Edwards* and *Gerald W. Harrington* for respondents.

No. 456. LONG *v.* CALIFORNIA. November 12, 1940. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Herbert W. Erskine* for petitioner.

No. 458. LARSON *v.* PACIFIC MUTUAL LIFE INSURANCE Co. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles M. Haft* for petitioner. *Messrs. Francis X. Busch* and *Orville J. Taylor* for respondent.

No. 459. DUNN *v.* ICKES, SECRETARY OF THE INTERIOR. November 12, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Raymond M. Hudson* and *Geoffrey Creyke, Jr.* for petitioner. *Solicitor General Biddle* for respondent.

No. 460. SPENCER, TRUSTEE, *v.* HIRAM WALKER & SONS GRAIN CORP., LTD. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Max Kahn* for petitioner.

No. 461. CATAHOULA BANK *v.* KIRBY. November 12, 1940. Petition for writ of certiorari to the Circuit Court